UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: )
JAMES MICHAEL RICHARD, JR. ) Chapter 13
) CASE NO. 16-33301-DHW-13
)
Debtor(s). )

**MOTION FOR REHEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND SECTION 1301 CODEBTOR STAY**

Now Comes the Movant, MAX CREDIT UNION, a creditor herein, by its attorneys, Chambless Math ❖ Carr, P.C., and requests a rehearing on its Motion for Relief from the Automatic Stay and Section 1301 Codebtor Stay and in support thereof advises the Court that counsel for the Movant has been unable to obtain authorization from opposing counsel to submit the consent order.

WHEREFORE, Movant moves for an Order Resetting the Hearing on its Motion for Relief from Stay and Section 1301 Codebtor Stay, along with such further and other relief as the Court may deem proper.

MAX CREDIT UNION

By: s/Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230
lmath@chambless-math.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on January 27, 2017.

via electronic service:

SABRINA L. MCKINNEY
Acting Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101
trustees_office@ch13mdal.com

RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
PO BOX 201
MONTGOMERY AL 36101
rshinbaum@smclegal.com

via U.S. regular mail:

JAMES MICHAEL RICHARD, JR.
3902 NARROW LANE ROAD
MONTGOMERY AL 36111

MARY CLARK
1648 LAURELWOOD LANE
MONTGOMERY AL 36111

s/ Leonard N. Math
Chambless Math ❖ Carr, P.C.